## SINERSON v. THE STATE.
(Decided May 15, 1913.)

APPEAL from Lowndes Circuit Court.

Heard before Hon. A. E. GAMBLE.

No counsel marked for appellant.    R. C. BRICKELL,
Attorney General, for the State.

Per curiam.    Affirmed on certificate.

---

## SMALL, ET AL. v. HOWARD.
(Decided November 27, 1913.)

APPEAL from Lowndes Chancery Court.

Heard before Hon. L. D. GARDNER.

J. M. CHILTON, and W. P. McGAUGH, for appellant.
ARRINGTON & HOUGHTON, for appellee.

Per curiam.    Appeal dismissed.

---

## SUPREME LODGE MASONS ANNUITY v. MARSHALL.
(Decided November 21, 1913.)

APPEAL from Birmingham City Court.

Heard before Hon. H. A. SHARPE.

No counsel marked for either party.

Per curiam.    Appeal dismissed.